**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:26-cr-**00495-SI |
| **v.** | **INFORMATION** |
| **ANDREW LARSEN,** | **18 U.S.C. § 2252A(a)(5)(B)** |
| **Defendant.** | |

**THE UNITED STATES ATTORNEY CHARGES:**

**<u>COUNT 1</u>**
**(Possession of Child Pornography)**
**(18 U.S.C. § 2252A(a)(5)(B))**

On or about February 21, 2024, in the District of Oregon, defendant **ANDREW LARSEN** knowingly and unlawfully possessed material containing child pornography that had been shipped or transported using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, including an image of a prepubescent child or a child who had not attained the age of 12 years.;

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

///

///

**FORFEITURE ALLEGATION**

Pursuant to Title 18, United States Code, Section 2253, upon conviction of the offense described in this Information, defendant **ANDREW LARSEN** shall forfeit to the United States any and all matter that contains visual depictions of minors engaging in sexually explicit conduct, any and all property that was used or was intended to be used in any manner or part to commit or promote the commission of the violations alleged in those counts, or any property, real or personal, constituting or traceable to proceeds of those offenses.

Dated: November 19, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*<u>/s/ Pamela Paaso</u>*
PAMELA PAASO, TXSB #24060371
Assistant United States Attorney